## DISCLOSURE STATEMENT

Thomas A. Mourier is a natural person with no parent corporations or stockholders.