UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

THOMAS A. MOURIER,

         Plaintiff-Appellant,

         v.

WILLIAM F. GALVIN, SECRETARY OF THE
COMMONWEALTH, in his official capacity;
MASSACHUSETTS SECURITIES DIVISION;
and MASSACHUSETTS OFFICE OF
CONSUMER AFFAIRS AND BUSINESS
REGULATION,

         Defendants-Appellees.

No. 24-1798

## DEFENDANT-APPELLEES' ASSENTED-TO MOTION TO EXTEND TIME FOR FILING BRIEF

Defendant-Appellees William F. Galvin, Secretary of the Commonwealth of

Massachusetts, in his official capacity; the Massachusetts Securities Division; and

the Massachusetts Office of Consumer Affairs and Business Regulation, a division

of the Massachusetts Executive Office of Economic Development, hereby move for

a 17-day enlargement of time until November 21, 2024, to file their brief in this

matter.    Appellees also request that this Court enlarge the time for Plaintiff-

Appellant Thomas Mourier to file his reply brief in this matter until December 21, 2024.

As grounds, the Appellees state as follows:

1. Appellant Thomas Mourier challenges a state regulation, the Massachusetts Crowdfunding Exemption ("MCE") on several constitutional and statutory grounds. The district court, on motion, dismissed Mr. Mourier's Complaint for lack of subject-matter jurisdiction based on Mr. Mourier's lack of standing. Mr. Mourier appeals this dismissal.

2. Under the briefing schedule set by this Court, Mr. Mourier's opening brief was due no later than October 21, 2024. Mr. Mourier filed his brief 16 days early, on Saturday, October 5, 2024. The Court accepted Mr. Mourier's brief for filing, and ordered Appellees to file their brief by November 4, 2024.

3. The undersigned counsel is the sole counsel of record for Appellants and is responsible for the preparation of Appellees' brief.

4. Undersigned counsel is assisting in the care of a seriously ill family member and anticipates that such care will occupy significant time between now and November 4, 2024.

5. Undersigned counsel plans to take multiple days of personal leave to attend to this and other personal obligations in the coming month, including on November 4 and November 5, 2024 specifically.

6. Undersigned counsel's ordinary professional obligations between now and November 4, 2024 include (a) preparing briefing and preparing for argument in opposition to a motion to intervene and preparing for argument supporting a motion to dismiss; (b) arguing an appeal under M.G.L. c. 30A, § 14; (c) preparing for multiple depositions in a multi-state affirmative civil litigation, (d) preparing expert disclosures and preparing for expert depositions in an ongoing and complex civil rights matter, and (e) attending to ongoing caseload responsibilities.

7. As a result of these obligations and unforeseen circumstances, counsel state that, regretfully, and despite diligent efforts, they will be unable to complete the brief and secure the necessary approvals in time for filing by the current due date of November 4.

8. Undersigned counsel has conferred with Appellant, who is proceeding *pro se* in this appeal. Appellant assents to the filing of this motion and to the relief requested, provided that Appellant may receive an extension of time until December 21, 2024 to file his reply brief.

9. There will therefore be no prejudice to any party to this appeal should the requested relief be granted.

For the foregoing reasons, Defendants respectfully request that this Court allow this Motion for Enlargement of Time to file its brief, and enlarge the deadline through

and including **November 21, 2024,** and that this Court allow Plaintiff-Appellant until **December 21, 2024** for the filing of his reply.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

 /s/ ARJUN K. JAIKUMAR
Arjun K. Jaikumar, BBO# 691311
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2856
(617) 727-5785 (Facsimile)
arjun.k.jaikumar@mass.gov

October 10, 2024

## CERTIFICATE OF SERVICE

I certify that, on October 10, 2024, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF). I further certify that on October 10, 2024, I caused a copy of this document to be delivered on the following via electronic mail.

Thomas A. Mourier
3 Indian Hill Road
Winchester, MA 01890
thomas.mourier@yahoo.com

/s/ Arjun K. Jaikumar

Arjun K. Jaikumar
Assistant Attorney General