# United States Court of Appeals
## For the First Circuit

No. 24-1798

THOMAS A. MOURIER,

Plaintiff - Appellant,

v.

WILLIAM F. GALVIN, Secretary of the Commonwealth, in his official capacity; MASSACHUSETTS SECURITIES DIVISION; MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,

Defendants - Appellees.

### ORDER OF COURT

Entered: October 11, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees William F. Galvin, MA Office of Consumer Affairs and Business Regulation and MA Securities Division to file a brief be enlarged to and including **November 21, 2024**.

The request to extend Appellant's deadline is premature, as Appellees have not yet filed a brief. See Fed. R. App. P. 31(a)(1) and 1st Cir. R. 31.0(a)(1). Accordingly, the request to extend Appellant's deadline to file a reply brief is denied without prejudice to refiling once the Appellees' brief has been filed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Arjun Kent Jaikumar
Thomas A. Mourier