# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1798     **Short Title:** Mourier v. Galvin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: William F. Galvin; Massachusetts Securities Division; Massachusetts Office of Consumer and Business Regulation   as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Arjun K. Jaikumar  
Signature

11/22/2024  
Date

Arjun K. Jaikumar  
Name

Office of the Attorney General, Commonwealth of Massachusetts  
Firm Name (if applicable)

(617) 963-2856  
Telephone Number

One Ashburton Place  
Address

Fax Number

Boston, MA 02108  
City, State, Zip Code

arjun.k.jaikumar@mass.gov  
Email (required)

Court of Appeals Bar Number: 1182625

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).