# CASE NO. 24-1798

## IN THE

## UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

THOMAS A. MOURIER,

*Plaintiff - Appellant*,

v.

WILLIAM F. GALVIN, *Secretary of the Commonwealth, in his official capacity*; MASSACHUSETTS SECURITIES DIVISION; MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,

*Defendants - Appellees*.

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, EASTERN DIVISION
NO. 1:23-CV-11280-IT
THE HONORABLE INDIRA TALWANI, JUDGE

# MOTION FOR EXTENSION OF TIME

SUBMITTED BY:
Thomas Mourier
3 Indian Hill Rd.
Winchester, MA 01890
781/602-0385
thomas.mourier@yahoo.com

**COMES NOW** Appellant on motion to extend the reply brief deadline.

1. The Appellant's reply brief is currently due December 12, 2024.

2. Appellant seeks an 11-day extension, to December 23, 2024.

3. No extensions have been received to date. However, Appellant had assented to a 17-day extension of Appellees' deadline to file their brief.

4. Good cause exists to extend Appellant's deadline to file the reply brief. Specifically, Appellant is a full-time day undergraduate student at Northeastern University and will undertake a week long series of final examinations for this current scholastic term from December 6, 2024 until December 13, 2024 (https://registrar.northeastern.edu/article/academic-calendar/). Additionally, Appellant is proceeding *pro se* in this matter and additional time would permit Appellant to fully and adequately brief the issues involved in this case. In turn, this will assist the Court in its determination of the issues.

5. Appellant has contacted Appellees' attorney, and there is no objection to this motion.

6. This request is made in good faith and for the foregoing constitutes good cause.

**WHEREFORE** the Court should enter an order extending Appellant's reply brief to December 23, 2024.

Respectfully submitted,

By: */s/ Thomas A. Mourier*_____
Thomas Mourier
3 Indian Hill Rd.
Winchester, MA 01890
781/602-0385
thomas.mourier@yahoo.com

## CERTIFICATE AND NOTICE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system. *s/ Thomas A. Mourier*

## CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit of FRAP 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and FRAP 27(a)(2)(B), this document contains **186** words.

This document complies with the typeface requirement of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office 365 Word in font size 14 Times New Roman. *s/ Thomas A. Mourier*