# United States Court of Appeals
## For the First Circuit

No. 24-1798

THOMAS A. MOURIER,

Plaintiff - Appellant,

v.

WILLIAM F. GALVIN, Secretary of the Commonwealth, in his official capacity; MASSACHUSETTS SECURITIES DIVISION; MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,

Defendants - Appellees.

**ORDER OF COURT**

Entered: December 2, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant Thomas A. Mourier to file a reply brief be enlarged to and including **December 23, 2024**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Arjun Kent Jaikumar
Thomas A. Mourier