# United States Court of Appeals
## For the First Circuit

No. 24-1798

THOMAS A. MOURIER,

Plaintiff - Appellant,

v.

WILLIAM F. GALVIN, Secretary of the Commonwealth, in his official capacity; MASSACHUSETTS SECURITIES DIVISION; MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,

Defendants - Appellees.

**NOTICE**

Issued: December 31, 2024

    This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

    Anastasia Dubrovsky, Clerk

cc:
Arjun Kent Jaikumar
Thomas A. Mourier