# United States Court of Appeals
## For the First Circuit

No. 24-1798

THOMAS A. MOURIER,

Plaintiff - Appellant,

v.

WILLIAM F. GALVIN, Secretary of the Commonwealth, in the official capacity; MASSACHUSETTS SECURITIES DIVISION; MASSACHUSETTS OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION,

Defendants - Appellees.

**MANDATE**

Entered: August 12, 2025

    In accordance with the judgment of July 21, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Arjun Kent Jaikumar
Thomas A. Mourier